No. 89–6024.   MCAFEE *v.* FIFTH CIRCUIT JUDGES ET AL. C. A. 5th Cir.   Certiorari denied.

No. 89–6028.   DEBUSK *v.* UNITED STATES.   C. A. 6th Cir. Certiorari denied.

No. 89–6030.   CREEKMORE *v.* UNITED STATES.   C. A. 11th Cir.   Certiorari denied.

No. 89–6035.   HOCHBERG *v.* UNITED STATES.   C. A. 2d Cir. Certiorari denied.

No. 89–6053.   HORTON *v.* WISCONSIN.   Ct. App. Wis.   Certiorari denied.

No. 89–6054.   FLORES *v.* UNITED STATES.   C. A. 9th Cir. Certiorari denied.

No. 89–6056.   HENSON *v.* UNITED STATES.   Ct. App. D. C. Certiorari denied.

No. 89–6070.   OWENS *v.* UNITED STATES.   C. A. 8th Cir. Certiorari denied.

No. 89–6073.   BRADY *v.* PONTE.   C. A. 1st Cir.   Certiorari denied.

No. 89–6076.   GHAFOOR *v.* UNITED STATES.   C. A. 3d Cir. Certiorari denied.

No. 89–6080.   HOFLIN *v.* UNITED STATES.   C. A. 9th Cir. Certiorari denied.

No. 89–6085.   MARSH *v.* UNITED STATES.   C. A. 9th Cir. Certiorari denied.

No. 89–6099.   TORTORICH *v.* UNITED STATES.   C. A. 9th Cir. Certiorari denied.

No. 89–6104.   WALDEN *v.* UNITED STATES.   C. A. 11th Cir. Certiorari denied.

No. 89–6105.   DEMOS *v.* UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASHINGTON.   C. A. 9th Cir.   Certiorari denied.

No. 89–6114.   FONTANEZ *v.* UNITED STATES.   C. A. 11th Cir. Certiorari denied.